File No. 06-09-00089-CR
In Re Roland Fergurson

Ancillary to
Ricky Allen Barnett v. The State of Texas


\* \* \* \* \*

**Order**

\* \* \* \* \*

Issued on January 26, 2010

Debra Autrey, Clerk
Sixth Court of Appeals



by _____
       Deputy




Filed on January 26, 2010

Debra Autrey, Clerk
Sixth Court of Appeals


by _____
       Deputy

ORDER

On January 6, 2010, this Court entered an order directing Roland Fergurson to file an affidavit explaining why he had delayed in submitting the appellant's brief. Fergurson has now filed his affidavit of explanation. We accept the reasons given in his affidavit, and no contempt order will be issued.

BY THE COURT

Date:   January 26, 2010